# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

CRYSTAL SHELTON, et al.            )
                                   )
            Plaintiffs,             )
                                   )    Civil No. PJM 10-2358
                                   )
vs.                                )
                                   )
SAFEWAY INC.                       )
                                   )
            Defendants.             )

### PLAINTIFFS ANSWER TO SHOW CAUSE

Plaintiff Crystal Shelton states that she has answered discovery by both answering written Interrogatories and come to deposition to answer questions.

By contrast defendant has not done the right thing. They still have not answered interrogatories sent by plaintiff's former lawyer six months ago.

Plaintiff will represent herself and believes she has a right to do this.

Plaintiff asks the court to tell Safeway to Answer her Interrogatories within the next 10 days.

Crystal Shelton
Plaintiff
2200 Savannah St, SE
Washington, DC 20020

<u>**Copy to**</u>

*I affirm that I sent a copy of this paper to Robert M. Gittins, Esquire at The Law Office of William J. Hickey, Adams Law Center, 33 Wood Lane, Rockville, Maryland 20850,*

6-6-11

_____
Crystal Shelton